RECEIVED

DEC 1 4 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| TIM HOLT | CIVIL ACTION NO.: 08-0771 |
| VERSUS | JUDGE DOHERTY |
| HERCULES LIFT BOAT CO., L.LC., ET AL. | MAGISTRATE JUDGE HILL |

## MEMORANDUM RULING

Currently pending before this Court is a Motion for Summary Judgment [Doc. 85] filed by defendant Island Operating Co., Inc. ("IOC"). IOC seeks dismissal of plaintiff's claims against it on the basis that it is not negligent for the plaintiff's injuries in this matter. Plaintiff has not opposed the motion. Therefore, the Motion for Summary Judgment, appearing to be well-founded in law and fact and being unopposed by the plaintiff, is hereby GRANTED. All claims against Island Operating Co., Inc. are DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Lafayette, Louisiana, this _14_ day of December, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE